```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLIE CASTILLO,                  :    CIVIL ACTION
                                   :    NO. 13-4856
          Plaintiff,               :
                                   :
     v.                            :
                                   :
CAROLYN COLVIN,                    :
Social Security Administration,    :
                                   :
          Defendant.               :
```

### O R D E R

**AND NOW**, this **16th** day of **September, 2015**, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 24), it is hereby **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

---

[1] The extent of review of a magistrate judge's Report and Recommendation is committed to the discretion of the district court. Jozefick v. Shalala, 854 F. Supp. 342, 347 (M.D. Pa. 1994). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The court, however, must undertake a de novo review of those portions of a magistrate judge's Report and Recommendation as to which a party has objected. See 28 U.S.C. § 636(b)(1); Cont'l Cas. Co. v. Dominick D'Andrea, Inc., 150 F.3d 245, 250 (3d Cir. 1998). Here, Plaintiff has not submitted any objections to Magistrate Judge Wells's Report and Recommendation, despite this Court's grant of an extension of time until July 28, 2015, to do so. ECF No. 27.

      2.    The decision of the Commissioner of the Social Security Administration is **AFFIRMED**;

      3.    Judgment is **ENTERED** in favor of the Commissioner of the Social Security Administration and against Plaintiff; and

      4.    The Clerk of Court shall mark this case **CLOSED**.

      **AND IT IS SO ORDERED.**

      /s/ Eduardo C. Robreno
      **EDUARDO C. ROBRENO,   J.**